NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DELORME PUBLISHING COMPANY, INC.** AND **DELORME INREACH, LLC,**
*Plaintiffs-Appellees,*

v.

**BRIARTEK IP, INC.,**
*Defendant-Appellant.*

---

2015-1169, -1241

---

Appeals from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00640-LMB-TRJ, Judge Leonie M. Brinkema.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of BriarTek IP, Inc.'s unopposed motion to consolidate these appeals,

2     DELORME PUBLISHING CO., INC. v. BRIARTEK IP, INC.

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. BriarTek's opening brief is due no later than March 9, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25